Tyrone LEE, Plaintiff—Appellant,

v.

WAL–MART STORES, INC., Defendant—Appellee.

No. 11–1237.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2011.

Decided: May 23, 2011.

Tyrone Lee, Appellant Pro Se. Antoinette Novella Morgan, Morris & Morris, Richmond, Virginia, for Appellee.

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Lee appeals the district court's order granting summary judgment in favor of Wal–Mart and dismissing his state law premises liability complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lee v. Wal–Mart Stores, Inc.*, No. 3:10–cv–00367–DWD, 2011 WL 796784 (E.D.Va. Mar. 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*